**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000391**
**18-MAY-2015**
**02:10 PM**

CAAP-11-0000391

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GORDON I. ITO, Insurance Commissioner of
the State of Hawai'i, in his capacity as
Liquidator of Investors Equity Life Insurance
Company of Hawai'i, Ltd., on behalf of the company
and its respective policyholders, claimants
and creditors; and INVESTORS EQUITY LIFE
INSURANCE COMPANY OF HAWAI'I, LTD.,
Plaintiffs-Nominal Appellees,
v.
ADM INVESTOR SERVICES, INC.,
KENNETH K.S. FONG; GARY L. VOSE; and
INVESTORS SERVICE EQUITY LIFE HOLDING COMPANY,
Defendants-Nominal Appellees

and

ADM INVESTOR SERVICES, INC.,
Defendant/Third-Party Plaintiff-Appellant,
v.
GORDON I. ITO, Insurance Commissioner of
the State of Hawai'i, and THE STATE OF HAWAI'I,
Plaintiffs/Third-Party Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 95-2513)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on March 25, 2015, is hereby corrected as follows, with the new material double underlined and the deleted material stricken and in brackets:

1.  Page 3, line 12: ADMIS was [is] a Delaware Corporation

2.  Page 3, line 13: that bought and sold [buys and sells]

3.  Page 3, line 14: and provid[ed] [provid[es]] execution

4.  Page 3, line 15: It described [describes] itself

5.  Page 8, line 17: because he [it] had determined

6.  Page 8, line 26: the State's Motion to Dismiss [motion for judgment on the pleadings] regarding

7.  Page 10, lines 7 to 9: In its role as a regulator, the State has no duty to regulated insurance companies to provide adequate regulation, and it cannot be sued by[,] regulated insurance companies for providing inadequate regulation.

8.  Page 12, sixth line from bottom of page: Planning Department [Commission]

9.  Page 13, line 11: ADMIS was [is] a sophisticated

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 18, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.